# United States Bankruptcy Court
## Southern District of Ohio

| In re | **Rebecca J. Lowe** | Case No. | **2:11-bk-51915** |
|---|---|---|---|
| | Debtor(s) | Chapter | **13** |

# BUSINESS INCOME AND EXPENSES - AMENDED

## FINANCIAL REVIEW OF THE DEBTOR'S BUSINESS  (NOTE: ONLY INCLUDE information directly related to the business operation.)

**PART A - GROSS BUSINESS INCOME FOR PREVIOUS 12 MONTHS:**

1. Gross Income For 12 Months Prior to Filing:    $    **174,320.00**

**PART B - ESTIMATED AVERAGE FUTURE GROSS MONTHLY INCOME:**

2. Gross Monthly Income    $    **14,000.00**

**PART C - ESTIMATED FUTURE MONTHLY EXPENSES:**

| | |
|---|---|
| 3. Net Employee Payroll (Other Than Debtor) | $ **2,000.00** |
| 4. Payroll Taxes | **0.00** |
| 5. Unemployment Taxes | **0.00** |
| 6. Worker's Compensation | **0.00** |
| 7. Other Taxes | **500.00** |
| 8. Inventory Purchases (Including raw materials) | **6,725.00** |
| 9. Purchase of Feed/Fertilizer/Seed/Spray | **0.00** |
| 10. Rent (Other than debtor's principal residence) | **1,000.00** |
| 11. Utilities | **1,000.00** |
| 12. Office Expenses and Supplies | **500.00** |
| 13. Repairs and Maintenance | **0.00** |
| 14. Vehicle Expenses | **0.00** |
| 15. Travel and Entertainment | **0.00** |
| 16. Equipment Rental and Leases | **0.00** |
| 17. Legal/Accounting/Other Professional Fees | **150.00** |
| 18. Insurance | **138.00** |
| 19. Employee Benefits (e.g., pension, medical, etc.) | **0.00** |

20. Payments to Be Made Directly By Debtor to Secured Creditors For Pre-Petition Business Debts (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| | |

21. Other (Specify):

| DESCRIPTION | TOTAL |
|---|---|
| **advertising** | **300.00** |
| **shipping** | **75.00** |
| **pottery supplies** | **200.00** |

22. Total Monthly Expenses (Add items 3-21)    $    **12,588.00**

**PART D - ESTIMATED AVERAGE NET MONTHLY INCOME:**

23. AVERAGE NET MONTHLY INCOME (Subtract item 22 from item 2)    $    **1,412.00**

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2011, a copy of the foregoing Amended Statement of

Business Income and Expenses was served on the following registered ECF participants,

**electronically** through the Court's ECF System at the email address registered with the court:

Frank M. Pees
Chapter 13 Trustee

U. S. Trustee

GRAHAM & GRAHAM CO., L.P.A.

/s/ J. William Merry
J. William Merry (0012360)
Attorney for Debtor
Graham Law Building
P. O. Box 340
Zanesville, OH  43702-0340
Telephone:     (740) 454-8585
Fax:              (740) 454-0111

## **DECLARATION UNDER PENALTY OF PERJURY**

The undersigned declares under penalty of perjury that the information contained in the foregoing Amended Statement of Business Income and Expenses is true and correct to the best of my knowledge, information and belief.

Dated: May 3, 2011                                    */s/ Rebecca J. Lowe*
                                                      Debtor – Rebecca J. Lowe